**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| PTS HOLDINGS CORP. | : No. 426 EAL 2014 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| | : |
| WORKERS' COMPENSATION APPEAL | : |
| BOARD (AREVALO) | : |
| | : |
| | : |
| PETITION OF: PTS HOLDINGS, CORP. | : |
| D/B/A CATALENT PHARMA SOLUTIONS | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of January, 2015, the Petition for Allowance of Appeal and Application for Supersedeas are **DENIED**.